CO-386
10/2018

# United States District Court
# For the District of Columbia

MARTIAN SALES, INC.,

Plaintiff

vs

UNITED STATES FOOD AND DRUG ADMINISTRATION; ROBERT M. CALIFF, in his official capacity as the Commissioner of Food and Drugs; and UNITED STATES OF AMERICA,

Defendant

Civil Action No. 1:24-cv-3031

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for Plaintiff Martian Sales, Inc. certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Plaintiff Martian Sales, Inc. which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

/s/ Alexander M. Bullock
Signature

446168
BAR IDENTIFICATION NO.

Alexander McMillan Bullock
Print Name

701 Pennsylvania Ave, Suite 200
Address

Washington, DC 20004
City State Zip Code

(202) 824-1416
Phone Number