IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARTIAN SALES, INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES FOOD AND DRUG ADMINISTRATION; ROBERT M. CALIFF; and UNITED STATES OF AMERICA,<br><br>         *Defendants.* | Civil Action No. 1:24-cv-3031-RBW |

**MOTION TO INTERVENE**

For the reasons stated in the attached memorandum, Christopher Harrison, on behalf of the surviving children of Amandus Harrison, deceased, and David Berg, as personal representative of the estate of Josiah Berg, deceased, request that the Court grant their motion for intervention as of right under Rule 24(a); permissive intervention under Rule 24(b); or, alternatively, to participate in this matter as an *amicus curiae*.

Pursuant to Local Civil Rule 7(m), counsel for Mr. Harrison and Mr. Berg contacted counsel for Martian Sales, Inc. and the Federal Defendants regarding this motion. Both parties indicated that they oppose intervention, but the Federal Defendants take no position on Christopher Harrison and David Berg appearing as *amicus curiae*.

## **CERTIFICATE OF SERVICE**

I certify that, on December 6, 2024, a copy of the foregoing Motion was filed and served electronically upon counsel of record.

Dated: December 6, 2024

                                      Respectfully submitted,

*/s/ Altom Maglio*
Altom M. Maglio, DC Bar No. 456975
amm@mctlaw.com
gkeenan@mctlaw.com
**mctlaw**
1515 Ringling Boulevard
Suite 700
Sarasota, FL 34236
888.952.5242

*Counsel for Putative Intervenors*