Exhibit A

1:24-cv-03031-RBW

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BREAD FOR THE CITY,<br><br>*Plaintiff*,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br><br>*Defendant*. | Case No. 1:23-cv-01945 (ACR) |

## STIPULATION AND ORDER

Upon consideration of the Joint Motion to Approve Appointment of Amicus Curiae, Dkt. 35, filed by the Plaintiff and proposed intervenor the Fraternal Order of Police, Metropolitan Police Labor Committee, D.C. (the Union), it is hereby **ORDERED** that the motion is **GRANTED**, subject to the terms below:

1. **Motions.** The Union shall be permitted to file briefs as *amicus curiae* on any motions in this action and shall be permitted to participate in hearings regarding the same. The Union shall file its amicus brief up to seven days after the motion (or opposition) it is supporting. If the Union files its amicus brief fewer than ten calendar days before an opposition is due (where the Union is supporting a motion) or five days before a reply brief is due (where the Union is supporting an opposition), it will consent to any extension required by the Parties to respond.

2. **Discovery.** The Plaintiff and the District (the Parties) shall serve on the Union all discovery responses and notices that require service on the other party, subject to any protective or sealing orders entered by this Court. An attorney representing the Union shall be permitted to attend depositions, subject to any protective or sealing orders

1

entered by this Court, and question witnesses noticed for deposition by the District with any time remaining in the deposition after all parties have completed their questions. Plaintiff reserves the right to oppose the Union's questioning of any witness noticed by the District. The Union may take or participate in additional discovery on agreement of the Parties; where the Parties do not agree, the Union may petition the Court for permission. Notwithstanding the forgoing, the Union will not be permitted to take discovery relating to Plaintiff's business operations or receive the personal identifying information of Plaintiff's patients or clients.

3. **Settlement.** In the event the Parties are meaningfully engaged in settlement discussions, any Party that proposes terms of a draft settlement (or an outline or summary of such terms) will provide the Union with copies of that document, confidentially. If the Parties reach an agreement, the Parties will provide the Union with the agreement, confidentially, with sufficient time for the Union to provide comments, and they will meet and confer at least once with the Union to discuss the Union's comments on the agreement.

4. **Trial or Evidentiary Hearings.** In the event this action reaches trial or an evidentiary hearing, the Plaintiff will work in good faith with the Union to determine the scope of its participation. In the event the Union cannot reach agreement with the Parties, the Union may petition the court to participate as *amicus curiae*.

5. Nothing in this stipulation and order prohibits Plaintiff from objecting to the Union's amicus participation should its participation become dilatory or prejudicial to Plaintiff.

6. Upon entry of this stipulation and order, the Union's Motion to Intervene, Dkt. 15, shall be deemed withdrawn.

**SO ORDERED**.

Date: December 12, 2023                                  */s/ Ana C. Reyes*
                                                                                             ANA C. REYES
                                                                                             United States District Judge