# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Martian Sales, Inc., <br><br>                              Plaintiff, <br><br> v. <br><br> U.S. Food and Drug Administration, *et al.*, <br><br>                              Defendants. | No. 1:24-cv-03031-RBW |

### Defendants' Motion to Dismiss for Lack of
### Subject-Matter Jurisdiction and Failure to State a Claim

Defendants U.S. Food and Drug Administration and Robert M. Califf, Commissioner of Food and Drugs, move this Court under Federal Rule of Civil Procedure 12(b)(1) and (6) to dismiss this action for lack of subject-matter jurisdiction or, in the alternative, for failure to state a claim upon which relief can be granted. The grounds for this motion are fully set forth in an accompanying memorandum.

Dated: December 23, 2024

Of Counsel:

Patricia Zettler
Deputy General Counsel
U.S. Department of Health and Human Services

Mark Raza
Chief Counsel

Wendy S. Vicente
Deputy Chief Counsel, Litigation

Seth I. Heller
Associate Chief Counsel
Office of the Chief Counsel
U.S. Food and Drug Administration
10903 New Hampshire Ave.

Respectfully submitted,

Brian M. Boynton
Principal Deputy Assistant Attorney General

Burden H. Walker
Deputy Assistant Attorney General

Amanda N. Liskamm
Director

Lisa K. Hsiao
Senior Deputy Director

Hilary K. Perkins
Assistant Director

*/s/ David H. Hixson*
David H. Hixson (Ill. Bar No. 6289751)
Trial Attorney

White Oak 31  
Silver Spring, MD 20993-0002

Consumer Protection Branch  
Civil Division  
U.S. Department of Justice  
P.O. Box 386  
Washington, DC  20044-0386  
(202) 449-8070  
(202) 514-8742 (fax)  
david.h.hixson@usdoj.gov