UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Martian Sales, Inc., <br><br> Plaintiff, <br><br> v. <br><br> U.S. Food and Drug Administration, *et al.*, <br><br> Defendants. | No. 1:24-cv-03031-RBW |

**DECLARATION OF SETH I. HELLER**

I, Seth I. Heller, declare as follows.

1. I am an Associate Chief Counsel in the Office of the Chief Counsel, United States Food and Drug Administration (FDA). I have personal knowledge of the matters set forth herein.

2. Attached hereto as **Exhibit A** is a true and accurate copy of email correspondence from FDA counsel to counsel for Martian Sales, Inc. dated August 2, 2024. Paragraph 58 of Plaintiff's Complaint refers to correspondence from FDA dated August 2, 2024, and the text quoted in paragraph 58 appears in Exhibit A.

3. Attached hereto as **Exhibit B** is a true and accurate copy of the Declaration of Mark Reilly in Support of Defendant Martian Sales Inc.'s Motion to Dismiss Pursuant to ORCP 21A(2), filed in *Estate of Daniel Scott Paul v. OPMS (a/k/a Optimized Plant Mediated Solutions)*, No. 21-cv-33403 (Or. Cr. Ct. Nov. 23, 2021), which I obtained through the LexisNexis CourtLink service.

4. Attached hereto as **Exhibit C** is a true and accurate copy of the Declaration of Mark Reilly in Support of Defendant Martian Sales, Inc.'s Motion to Dismiss the Complaint, filed in *C.M. v. Martian Sales, Inc.*, No. 3:23-cv-0602, ECF No. 16-1 (N.D. Ca. Feb. 9, 2024), which I obtained through the LexisNexis CourtLink service.

2

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on: December 20, 2024

Seth I. Heller