# **<u>Exhibit A</u>**

## Heller, Seth (FDA/OGC)

| | |
|---|---|
| **From:** | Heller, Seth (FDA/OGC) |
| **Sent:** | Friday, August 2, 2024 9:11 PM |
| **To:** | Benjamin L England; GPayton@ktslaw.com |
| **Cc:** | Vicente, Wendy (FDA/OGC); Singleton, Shannon (FDA/OGC); Heller, Seth (FDA/OGC) |
| **Subject:** | OPMS Black Liquid Kratom |
| **Attachments:** | 24.05.31 FDA Email to OPMS.pdf |

Ben and Gwendolyn,

I write to follow up on our August 1, 2024 telephone call and in response to your email sent late last night.

As you are aware, in May 2024, FDA received an adverse event report linking your clients' OPMS Black Liquid Kratom product to a death.  The January 15, 2024 autopsy report indicated that an individual died from accidental acute mitragynine intoxication.  As you know, mitragynine is present in kratom and FDA became aware that the decedent had purportedly been using your OPMS Black Liquid Kratom product before his death.

As is standard when FDA receives serious adverse event reports—and especially those reporting a death—FDA initiated an investigation into the circumstances surrounding the adverse event.  FDA's investigatory steps included, but were not limited to, review of the medical examiner's conclusions and autopsy results, and FDA's attempt to contact your clients through the contact information on your Black Liquid Kratom product label.  Specifically, an FDA Consumer Complaint Coordinator attempted to call 213 221 8049 and sent emails to Info@OPMSKratom.com.  You asked for an example of a label containing your clients' contact information, and we have pasted a picture below.



On May 31, 2024, the Consumer Complaint Coordinator dialed the phone number two times, nobody answered, and the voicemail box associated with that number was full and would not accept messages.  Also on May 31, 2024, the same coordinator sent a detailed email in two ways: (i) an email from her FDA computer and (ii) through the electronic portal on your client's website.  That email, which is attached to this email, included the coordinator's name, her phone number, and her e-mail address.  The email explained that FDA was investigating a death, and provided a summary of the event ("The gist of the complaint is regarding a 35-year-old male used [Black Liquid Kratom Extract] . . . for anxiety and depression. As a result, he died.  The autopsy reported he died from accidental acute Mitragynine intoxication[.]").  The email also requested the name and address of the product's manufacturing plant (or importer of record), and specifically identified the product FDA sought more information about:  Brand Name: O.P.M.S. Product Name: Black Liquid Kratom Extract, net weight: 9 milliliters, UPC: 65007599130, Lot Code: 2913, Expiration Date: none.  The email

concluded by explaining that FDA was in search of information "in the interest of the Public Health" and requested the information "as soon as you get this email." FDA has attached a pdf copy of that email to this communication (note that my name appears in the header because I printed the email). FDA notes that your clients have yet to acknowledge or otherwise respond to FDA's email.

Almost two months after sending the email and hearing no response, FDA issued a safety advisory on July 26, 2024, warning the public that OPMS Black Liquid Kratom has been linked to serious adverse health effects, including death. Only after FDA issued its safety alert did you contact FDA. FDA promptly responded to your request for a meeting, which resulted in yesterday's call (on August 1, 2024), after you noted your unavailability for an earlier date.

FDA does not agree with your description of yesterday's call. In particular, FDA made clear that it would need internal clearance to share certain information. Your assertion that FDA was unwilling to provide information is incorrect. FDA has started that process and, as evidenced by this email, is providing information for your clients' consideration. FDA also takes exception with your assertion that FDA hindered your ability to investigate by refusing to provide the phone number or email address FDA used to contact your clients. FDA told you it dialed a "213" number and, as promised, has provided more information today. More importantly, you stated that there were several possible numbers on your products, depending on what state they were sold in, and indicated that all consumer complaints would go to JOpen, and that consumers would use the numbers or email addresses included on your products or website.

As reiterated on our August 1, 2024 call, FDA is still investigating adverse events related to OPMS Black Liquid Kratom and has requested information from you to aid in that investigation. We disagree that you have been "completely transparent" and answered every question we had. We still await information from you sharing contact information (including addresses, emails, and phone numbers) for the various entities involved in the manufacture and distribution of OPMS Black Liquid. On our call, the only "central contact" you provided was yourself (Ms. Payton) and, despite referring to numerous anonymous entities involved with the manufacture, distribution, or sales of OPMS Black Liquid Kratom, you identified only three entities to FDA—one of which is an IP rights holder, not the manufacturer or distributor:

    1. Martian Sales, Inc. – the brand or trademark owner of OPMS.
    2. Jopen, which you identified as the Texas-based distributor and entity that collects, investigates, and responds to customer complaints.
    3. Nuza, which you identified as the Georgia-based manufacturer, formerly known as Advanced Nutrition.

FDA made clear that it was particularly interested in each entity involved in the manufacturing of OPMS Black Liquid Kratom. In response, you asserted that Nuza was responsible for the final steps of the OPMS Black Liquid Kratom manufacturing process and you refused to provide information about any entity involved in other stages of manufacturing. Indeed, FDA asked for each entity involved in the manufacturing process and you would only provide yourself as a contact for those nameless entities. We also asked that both counsel provide proof of representation from your clients. Mr. England produced proof of representation from his client, Martian Sales, Inc. And despite Ms. Payton's representation that she represented "all other entities" (except for the importer), we only received proof that she represents Martian Sales, Inc. Please provide proof of representation from your other clients related to OPMS Black Liquid Kratom.

FDA appreciates your commitment to working with FDA and reiterates its interest in obtaining information in your clients' possession. As a starting point, FDA would appreciate information related to Nuza, and

specifically its address, manager or responsible individual, and contact information FDA can use to arrange investigatory steps including, for example, an inspection. It would also be particularly helpful for your clients to share all customer complaints in its possession, and any facts your client has learned in investigating those complaints. Further, to the extent you disagree with any statements in FDA's safety alert, please identify any such statements and the basis for your disagreement.

FDA is dedicated to protecting and promoting the public health and its ability to investigate and understand OPMS Black Liquid Kratom is an important part of that mission. FDA hopes your clients will cooperate so FDA can evaluate any additional facts related the link between OPMS Black Liquid Kratom and adverse events reported to FDA, including the death described above.

Thank you in advance and please reach out with any questions. We would appreciate the information requested in this email as soon as practicable, so FDA can efficiently continue its investigation and fully consider evidence in your clients' possession.

**Seth I. Heller**
**Associate Chief Counsel**
Office of the Chief Counsel, FDA
Food and Drug Division, OGC/HHS
10903 New Hampshire Ave. | White Oak 31 | Silver Spring, MD 20993
Office:  240-402-6502  Mobile:  240-535-7324
✉    Seth.Heller@fda.hhs.gov

This e-mail message is intended for the exclusive use of the recipient(s) named above. It may contain information that is protected, privileged, or confidential, and it should not be disseminated, distributed, or copied to persons not authorized to receive such information. If you are not the intended recipient, any dissemination, distribution, or copying is strictly prohibited. If you think you have received this e-mail message in error, please e-mail the sender immediately at seth.heller@fda.hhs.gov.

# Heller, Seth (FDA/OGC)

| | |
|---|---|
| **From:** | Younger, Sandra |
| **Sent:** | Friday, May 31, 2024 2:04 AM |
| **To:** | Info@OPMSKratom.com |
| **Subject:** | FDA Complaint: Kratom Death |

Hello,

My name is Sandra Younger, and I'm a Consumer Complaint Coordinator at the U.S. Food Drug Administration. My phone number is 718-662-5579 and my email address is Sandra.younger@fda.hhs.gov.  I'm contacting your firm to follow-up on a consumer complaint regarding an accidental death.  The gist of the complaint is regarding a 35-year-old male used Kratom, an OTC unapproved product, for anxiety and depression. As a result, he died.  The autopsy reported he died from accidental acute Mitragynine intoxication on January 15, 2024. .  May I please have the name and address for the manufacturing plant (or importer of record) that produced (or imported) the FDA regulated product, in question, with Brand Name: O.P.M.S. Product Name: Black Liquid Kratom Extract, net weight: 9 milliliters, UPC: 65007599130, Lot Code: 2913, Expiration Date: none, Place of Purchase: unknown? The information being requested is in the interest of Public Health, and I'm recommending the information be provided as soon as you get this email.

*Thank You,*

**Sandra Younger**
*FDA Consumer Complaint Coordinator*
*New York District*

**Investigations Branch**
**Medical Device and Radiological Health Operations/Divisions 1-East**
**U.S. Food and Drug Administration**
**Office of Regulatory Affairs**
T:  718-662-5579
sandra.younger@fda.hhs.gov