UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Martian Sales, Inc.,<br><br>                    Plaintiff,<br><br>     v.<br><br>U.S. Food and Drug Administration, *et al.*,<br><br>                    Defendants. | No. 1:24-cv-03031-RBW |

**[Proposed] Order Granting Defendants' Motion to Dismiss**

Before the Court is Defendant s' Motion to Dismiss the Complaint under Federal Rule of Civil Procedure 12(b)(1) and (6) for lack of subject-matter jurisdiction or, in the alternative, for failure to state a claim upon which relief can be granted. Having considered the parties' arguments in light of the governing standard, it is hereby ORDERED that Defendants' motion to dismiss is GRANTED. The Clerk shall close the case.

SO ORDERED.


Dated: _____          _____
                                                                          Reggie B. Walton
                                                                          United States District Judge