# EXHIBIT A

# FILED UNDER SEAL

# EXHIBIT B

# Notes from the Field

## Unintentional Drug Overdose Deaths with Kratom Detected — 27 States, July 2016–December 2017

Emily O'Malley Olsen, PhD[1]; Julie O'Donnell, PhD[1]; Christine L. Mattson, PhD[1]; Joshua G. Schier, MD[1]; Nana Wilson, PhD[1]

Kratom (*Mitragyna speciosa*), a plant native to Southeast Asia, contains the alkaloid mitragynine, which can produce stimulant effects in low doses and some opioid-like effects at higher doses when consumed (*1*). Use of kratom has recently increased in popularity in the United States, where it is usually marketed as a dietary or herbal supplement (*1*). Some studies suggest kratom has potential for dependence and abuse (*1*,*2*). As of April 2019, kratom was not scheduled as a controlled substance. However, since 2012, the Food and Drug Administration has taken a number of actions related to kratom, and in November 2017 issued a public health advisory*; in addition, the Drug Enforcement Administration has identified kratom as a drug of concern. During 2011–2017, the national poison center reporting database documented 1,807 calls concerning reported exposure to kratom (*3*). To assess the impact of kratom, CDC analyzed data from the State Unintentional Drug Overdose Reporting System (SUDORS).

CDC funds 32 states and the District of Columbia to abstract into SUDORS detailed data on unintentional and undetermined intent opioid overdose deaths from death certificates and medical examiner and coroner reports, including postmortem toxicology results.† Although kratom is not an opioid, overdose deaths involving kratom (including nonopioid overdose deaths) are included in SUDORS.§ Although postmortem toxicology testing varies in scope among medical examiners and coroners, SUDORS records all substances detected on postmortem toxicology testing, along with overdose-specific circumstances. CDC analyzed overdose deaths in which kratom was detected on postmortem toxicology testing and deaths in which kratom was determined by a medical examiner or coroner to be a cause of death in 11 states during July 2016–June 2017 and in 27 states during July–December 2017.¶

Data on 27,338 overdose deaths that occurred during July 2016–December 2017 were entered into SUDORS, and 152 (0.56%) of these decedents tested positive for kratom on postmortem toxicology (kratom-positive). Postmortem toxicology testing protocols were not documented and varied among and within states. Kratom was determined to be a cause of death (i.e., kratom-involved) by a medical examiner or coroner for 91 (59.9%) of the 152 kratom-positive decedents, including seven for whom kratom was the only substance to test positive on postmortem toxicology, although the presence of additional substances cannot be ruled out (*4*).

In approximately 80% of kratom-positive and kratom-involved deaths in this analysis, the decedents had a history of substance misuse, and approximately 90% had no evidence that they were currently receiving medically supervised treatment for pain. Postmortem toxicology testing detected multiple substances for almost all decedents (Table). Fentanyl and fentanyl analogs were the most frequently identified co-occurring substances; any fentanyl was listed as a cause of death for 65.1% of kratom-positive decedents and 56.0% of kratom-involved decedents. Heroin was the second most frequent substance listed as a cause of death (32.9% of kratom-positive decedents), followed by benzodiazepines (22.4%), prescription opioids (19.7%),** and cocaine (18.4%).

* https://www.fda.gov/NewsEvents/PublicHealthFocus/ucm584952.htm.

† Whereas most states in SUDORS submit data on 100% of their unintentional and undetermined intent opioid-involved overdose deaths, Florida, Illinois, Missouri, Pennsylvania, and Washington submit data on a subset of counties that reflect at least 75% of drug overdose deaths in the state.

§ SUDORS records data on fatal unintentional and undetermined intent overdoses in which at least one opioid contributed to death, as well as fatal overdoses with no contributing opioid, if substances that have opioid-like properties (currently, kratom is the only such substance) contributed to death. For all included deaths, SUDORS records all substances testing positive on postmortem toxicology testing (including those that did and did not contribute to death).

¶ Twenty-seven states reported data for the period July 2016–December 2017. Eleven states reported deaths that occurred during the entire period: Kentucky, Maine, Massachusetts, Missouri, New Hampshire, New Mexico, Ohio, Oklahoma, Rhode Island, West Virginia, and Wisconsin. Sixteen additional states only reported deaths that occurred during July–December 2017: Alaska, Connecticut, Delaware, Florida, Georgia, Illinois, Indiana, Minnesota, New Jersey, North Carolina, Pennsylvania, Tennessee, Utah, Vermont, Virginia, and Washington. Data were current as of January 22, 2019.

** Substances coded as prescription opioids were oxycodone, oxymorphone, hydrocodone, hydromorphone, tramadol, buprenorphine, methadone, meperidine, tapentadol, dextrorphan, levorphanol, propoxyphene, pentazocine, and phenacetin. Also coded as prescription opioids were brand names (e.g., Opana), metabolites (e.g., nortramadol) of these substances, and these substances in combination with nonopioids (e.g., acetaminophen-oxycodone). Morphine and codeine were coded as prescription opioids if the scene or other evidence indicated their presence as a result of consumption of prescription morphine or codeine, rather than as a result of metabolism of or impurities of heroin, respectively. Fentanyl was coded as a prescription opioid if the scene or other evidence indicated likely consumption of prescription fentanyl rather than illicitly manufactured fentanyl. Decedents might have tested positive for other nonopioid substances. This analysis does not distinguish between prescription drugs prescribed to the decedent and those that were diverted.

**TABLE. Co-occurrence of substances and circumstances among overdose decedents with kratom detected on postmortem toxicology — State Unintentional Drug Overdose Reporting System, 27 states,* July 2016–December 2017**

| Characteristic/Circumstance | Kratom detected on toxicology (n = 152) No. (%) | Kratom determined to be a cause of death (n = 91) No. (%) |
|---|---|---|
| **Sex** | | |
| Male | 116 (76.3) | 69 (75.8) |
| Female | 36 (23.7) | 22 (24.2) |
| **Race** | | |
| White† | 119 (91.5) | 81 (93.1) |
| Nonwhite | 11 (8.5) | —§ |
| **Medically supervised pain treatment** | | |
| No evidence | 138 (90.8) | 80 (87.9) |
| Evidence | 14 (9.2) | 11 (12.1) |
| **Previous overdose reported** | | |
| None | 139 (91.5) | 81 (89.0) |
| One or more | 13 (8.5) | 10 (11.0) |
| **History of substance misuse reported (opioid and/or nonopioid)** | | |
| No evidence | 29 (19.1) | 20 (22.0) |
| Evidence | 123 (80.9) | 71 (78.0) |
| **Co-occurring substances listed as a cause of death¶,**** | | |
| Any fentanyl (including analogs) | 99 (65.1) | 51 (56.0) |
| Heroin†† | 50 (32.9) | 23 (25.3) |
| Benzodiazepines | 34 (22.4) | 24 (26.4) |
| Prescription opioids§§ | 30 (19.7) | 22 (24.2) |
| Cocaine | 28 (18.4) | 15 (16.5) |
| Alcohol | 19 (12.5) | 11 (12.1) |
| Methamphetamine | 13 (8.6) | — |

* Twenty-seven states reported data for the period July 2016–December 2017. Eleven states reported deaths that occurred during the entire period: Kentucky, Maine, Massachusetts, Missouri, New Hampshire, New Mexico, Ohio, Oklahoma, Rhode Island, West Virginia, and Wisconsin. Sixteen additional states only reported deaths that occurred during July–December 2017: Alaska, Connecticut, Delaware, Florida, Georgia, Illinois, Indiana, Minnesota, New Jersey, North Carolina, Pennsylvania, Tennessee, Utah, Vermont, Virginia, and Washington. Data were current as of January 22, 2019.

† Non-Hispanic. Race/ethnicity data were missing for 22 decedents.

§ Number of deaths was <10.

¶ Identified as a cause of death by a medical examiner or coroner.

** Multiple substances could be listed as a cause of death; therefore, the substances are not mutually exclusive.

†† Substances coded as heroin were heroin and 6-monoacetylmorphine. In addition, morphine and codeine were coded as heroin if the scene or other evidence indicated their presence as a result of consumption in conjunction with evidence of heroin use, injection, or illicit drug use, and no evidence of prescribed morphine or codeine.

§§ Substances coded as prescription opioids were oxycodone, oxymorphone, hydrocodone, hydromorphone, tramadol, buprenorphine, methadone, meperidine, tapentadol, dextrorphan, levorphanol, propoxyphene, pentazocine, and phenacetin. Also coded as prescription opioids were brand names (e.g., Opana), metabolites (e.g., nortramadol) for these substances, and these substances in combination with nonopioids (e.g., acetaminophen-oxycodone). Morphine and codeine were coded as prescription opioids if the scene or other evidence indicated their presence as a result of consumption of prescription morphine or codeine, rather than as a result of metabolism of or impurities of heroin, respectively. Fentanyl was coded as a prescription opioid if the scene or other evidence indicated likely consumption of prescription fentanyl rather than illicitly manufactured fentanyl. Decedents might have tested positive for other nonopioid substances. This analysis does not distinguish between prescription drugs prescribed to the decedent and those that were diverted.

Kratom-positive deaths accounted for <1% of all SUDORS overdose deaths during July 2016–December 2017. Identification of kratom is method-dependent (*5*); therefore, these data might underestimate the number of kratom-positive deaths, although the extent cannot be determined. However, because SUDORS records results of jurisdiction-specific postmortem toxicology testing, as well as overdose-specific circumstances, it is possible to ascertain that kratom was present primarily in deaths that occurred as a result of overdoses related to substance misuse and that kratom was most often detected in combination with multiple other substances.

The type and number of substances detected in kratom-involved deaths can inform overdose prevention strategies (*6*). Documentation of postmortem toxicology testing protocols is needed to further clarify the extent to which kratom contributes to fatal overdoses.

## Acknowledgments

States participating in the State Unintentional Drug Overdose Reporting System and participating state agencies, including state health departments, vital registrar offices, and coroner and medical examiner offices; Bruce Goldberger, University of Florida College of Medicine, Gainesville, Florida.

Corresponding author: Emily O'Malley Olsen, eolsen@cdc.gov, 404-498-0716.

[1]Division of Unintentional Injury Prevention, National Center for Injury Prevention and Control, CDC.

All authors have completed and submitted the ICMJE form for disclosure of potential conflicts of interest. No potential conflicts of interest were disclosed.

## References

1. Singh D, Narayanan S, Vicknasingam B. Traditional and non-traditional uses of Mitragynine (Kratom): a survey of the literature. Brain Res Bull 2016;126:41–6. https://doi.org/10.1016/j.brainresbull.2016.05.004
2. Swogger MT, Walsh Z. Kratom use and mental health: a systematic review. Drug Alcohol Depend 2018;183:134–40. https://doi.org/10.1016/j.drugalcdep.2017.10.012
3. Post S, Spiller HA, Chounthirath T, Smith GA. Kratom exposures reported to United States poison control centers: 2011–2017. Clin Toxicol (Phila) 2019. Epub February 20, 2019. https://doi.org/10.1080/15563650.2019.1569236
4. Gershman K, Timm K, Frank M, et al. Deaths in Colorado attributed to kratom. N Engl J Med 2019;380:97–8. https://doi.org/10.1056/NEJMc1811055
5. Drummer OH. Postmortem toxicology of drugs of abuse. Forensic Sci Int 2004;142:101–13. https://doi.org/10.1016/j.forsciint.2004.02.013
6. Mattson CL, O'Donnell J, Kariisa M, Seth P, Scholl L, Gladden RM. Opportunities to prevent overdose deaths involving prescription and illicit opioids. MMWR Morb Mortal Wkly Rep 2018;67:945–51. https://doi.org/10.15585/mmwr.mm6734a2

# EXHIBIT C

Morbidity and Mortality Weekly Report (*MMWR*)

# *Notes from the Field:* Kratom (*Mitragyna speciosa*) Exposures Reported to Poison Centers — United States, 2010–2015

*Weekly* / July 29, 2016 / 65(29);748–749

Related Materials

PDF [152K]

Mehruba Anwar, MD[1]; Royal Law, PhD[1]; Josh Schier, MD[1] (VIEW AUTHOR AFFILIATIONS)

View suggested citation

Kratom (*Mitragyna speciosa*) is a plant consumed throughout the world for its stimulant effects and as an opioid substitute (*1*). It is typically brewed into a tea, chewed, smoked, or ingested in capsules (*2*). It is also known as Thang, Kakuam, Thom, Ketum, and Biak (*3*). The Drug Enforcement Administration includes kratom on its Drugs of Concern list (substances that are not currently regulated by the Controlled Substances Act, but that pose risks to persons who abuse them), and the National Institute of Drug Abuse has identified kratom as an emerging drug of abuse (*3*,*4*). Published case reports have associated kratom exposure with psychosis, seizures, and deaths (*5*,*6*). Because deaths have been attributed to kratom in the United States (*7*), some jurisdictions have passed or are considering legislation to make kratom use a felony (*8*). CDC characterized kratom exposures that were reported to poison centers and uploaded to the National Poison Data System (NPDS) during January 2010–December 2015. The NPDS is a national database of information logged by the country's regional poison centers serving all 50 United States, the District of Columbia, and Puerto Rico and is maintained by the American Association of Poison Control Centers. NPDS case records are the result of call reports made by the public and health care providers.

During the study period, U.S. poison centers received 660 calls about reported exposure to kratom. The number of calls increased tenfold from 26 in 2010 to 263 in 2015 (Figure). Health care provider reports constituted 496 (75.2%) of calls. Among calls, 487 (73.8%) exposed persons reported intentional exposure, and 595 (90.2%) reported ingestion of the drug. Isolated kratom exposure (single exposure) was reported in 428 (64.8%) cases. Among calls reporting use of kratom in combination with other substances (multiple exposures), the most commonly reported other substances were ethanol, other botanicals, benzodiazepines, narcotics, and acetaminophen. Among 658 (99.7%) calls for which information on sex of the exposed person was available, 472 (71.7%) were male, and among 604 (91.5%) for which information on age was available, the median age was 28 years (range = 2 months–69 years).

Medical outcomes associated with kratom exposure were reported as minor (minimal signs or symptoms, which resolved rapidly with no residual disability) for 162 (24.5%) exposures, moderate (non-life threatening, with no residual disability, but requiring some form of treatment) for 275 (41.7%) exposures, and major (life-threatening signs or symptoms, with some residual disability) for 49 (7.4%) exposures. One death was reported in a person who was exposed to the medications

paroxetine (an antidepressant) and lamotrigine (an anticonvulsant and mood stabilizer) in addition to kratom. For 173 (26.2%) exposure calls, no effects were reported, or poison center staff members were unable to follow up again regarding effects. Among exposed persons for whom information on signs and symptoms was available, reported signs and symptoms included tachycardia (n = 165, 25.0%), agitation or irritability (157, 23.8%), drowsiness (128, 19.4%), nausea (97, 14.7%), and hypertension (77, 11.7%). A chi-square test demonstrated a significant association between severity of outcome and multiple versus single exposures ($p<0.001$). Pairwise comparisons (adjusted by the stepdown Bonferroni procedure) indicated a higher likelihood of a report of a severe outcome among persons aged 21–30 years ($p = 0.04$), 31–40 years ($p = 0.02$), and >40 years ($p = 0.02$) compared with persons aged 0–10 years.

Kratom use appears to be increasing in the United States (*2*), and the reported medical outcomes and health effects suggest an emerging public health threat. Members of the public and health care providers should be aware that the use of kratom can lead to severe adverse effects, especially when consumed in combination with alcohol or other drugs.

Top

Corresponding author: Royal Law, rlaw@cdc.gov, 770-488-3416.

Top

[1]Division of Environmental Hazards and Health Effects, National Center for Environmental Health, CDC.

Top

## References


1. Neerman MF, Frost RE, Deking J. A drug fatality involving Kratom. J Forensic Sci 2013;58(Suppl 1):S278–9. CrossRef PubMed
2. Warner ML, Kaufman NC, Grundmann O. The pharmacology and toxicology of kratom: from traditional herb to drug of abuse. Int J Legal Med 2016;130:127–38. CrossRef PubMed
3. Drug Enforcement Administration. Drugs of abuse: a DEA resource guide. Springfield, VA: US Justice Department, Drug Enforcement Administration; 2015. http://www.dea.gov/pr/multimedia-library/publications/drug_of_abuse.pdf
4. National Institute on Drug Abuse. DrugFacts: kratom. Bethesda, MD: National Institute on Drug Abuse; 2016. https://www.drugabuse.gov/publications/drugfacts/kratom
5. Trakulsrichai S, Tongpo A, Sriapha C, et al. Kratom abuse in Ramathibodi Poison Center, Thailand: a five-year experience. J Psychoactive Drugs 2013;45:404–8. CrossRef PubMed
6. Forrester MB. Kratom exposures reported to Texas poison centers. J Addict Dis 2013;32:396–400. CrossRef PubMed
7. Coleman E. Anguished parents say exotic drug kratom is the cause of son's suicide. Atlanta Journal Constitution. May 19, 2015. http://www.ajc.com/news/news/national/parents-warn-dangerous-substance-son-used-suicide/nmKmK/
8. Pryor D. House panel votes to ban "kratom." Sarasota Herald-Tribune. February 3, 2016. http://politics.heraldtribune.com/2016/02/03/house-panel-votes-to-ban-kratom


Top

**FIGURE. Number of reported exposure calls to poison centers related to kratom use, by year — National Poison Data System, United States and Puerto Rico, January 2010–December 2015** Return




Top

**Suggested citation for this article:** Anwar M, Law R, Schier J. Notes from the Field. Kratom (*Mitragyna speciosa*) Exposures Reported to Poison Centers — United States, 2010–2015. MMWR Morb Mortal Wkly Rep 2016;65:748–749. DOI: http://dx.doi.org/10.15585/mmwr.mm6529a4 .

*MMWR* and *Morbidity and Mortality Weekly Report* are service marks of the U.S. Department of Health and Human Services.

Use of trade names and commercial sources is for identification only and does not imply endorsement by the U.S. Department of Health and Human Services.

References to non-CDC sites on the Internet are provided as a service to *MMWR* readers and do not constitute or imply endorsement of these organizations or their programs by CDC or the U.S. Department of Health and Human Services. CDC is not responsible for the content of pages found at these sites. URL addresses listed in *MMWR* were current as of the date of publication.

All HTML versions of *MMWR* articles are generated from final proofs through an automated process. This conversion might result in character translation or format errors in the HTML version. Users are referred to the electronic PDF version (https://www.cdc.gov/mmwr) and/or the original *MMWR* paper copy for printable versions of official text, figures, and tables.

Questions or messages regarding errors in formatting should be addressed to mmwrq@cdc.gov.

Article Metrics

Altmetric:




- News (64)
- Blogs (13)
- X (55)
- Facebook (8)
- Wikipedia (2)
- Reddit (2)
- Mendeley (103)

Citations: 124

Views: 3,467

*Views equals page views plus PDF downloads*

Metric Details

Last Reviewed: August 24, 2017

Was this page helpful?

Yes Partly No