**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MARTIAN SALES, INC.**,<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES FOOD AND DRUG ADMINISTRATION**; **ROBERT M. CALIFF**, in his official capacity as the Commissioner of Food and Drugs; and **UNITED STATES OF AMERICA,**<br><br>Defendants. | Civil Action No. 1:24-cv-3031 |

**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS**

Before the Court is Defendants' Motion to Dismiss the Complaint under Federal Rule of Civil Procedure 12(b)(1) and (6) for lack of subject-matter jurisdiction or, in the alternative, for failure to state a claim upon which relief can be granted. Having considered the parties' arguments in light of the governing standing, it is hereby ORDERED that the Defendants' motion to dismiss is DENIED.

SO ORDERED.

Dated: ____________________________

____________________________
Reggie B. Walton
United States District Judge